UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN KEITH FOSTER,

    Petitioner,

                                           Case No. 1:04-cv-91

v

                                           Hon. Wendell A. Miles

TERRY SHERMAN,

    Respondent.
_____/

## JUDGMENT

The petition for habeas corpus is denied.

Entered this 8th day of November, 2006.

                                                      /s/ Wendell A. Miles
                                                      Wendell A. Miles
                                                      Senior U.S. District Judge